**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

FILED

97 OCT 17 PM 2: 34

U.S. DISTRICT COURT
N.D. OF ALABAMA



OVERRULED

_____ 10-31-97
JUDGE            DATE

SOUTHERN NATURAL GAS COMPANY,    *

    Plaintiff,    *

        *

VS.    *

        *

2.0 ACRES OF LAND LOCATED    *
IN CULLMAN COUNTY, ALABAMA;    *
MACK RICE; CALLIE MAE RICE;    *
and KAY D. WILLIAMS-SMITH    *
CULLMAN COUNTY REVENUE    *
COMMISSIONER,    *

        *

    Defendants.    *CIVIL ACTION NO. CV 97-L-1728-S

OCT 3 1 1997

## MOTION TO STAY

Defendants respectfully move the Court to stay all proceedings in this action pending a resolution of the proceedings for an interlocutory appeal in the action entitled <u>Southern Natural Gas Company v. 0.395 Acres of Land Located in Cullman County, Alabama, Mary Francis Laney, et al</u>., United States District Court for the Northern District of Alabama, Civil Action No. CV-97-L-1735-S. A stay would promote judicial economy and the interests of justice for these reasons:

1. This action and the action in which the appeal is sought involve the same issues, and a resolution of the appeal sought will resolve almost all of the issues in this action.

2. One of the issues in both this action and the action in which the appeal is sought is whether this Court properly ordered the transfer of possession of the property to Plaintiff. If the property is transferred pursuant to this order and Plaintiff begins construction before the commissioners view the property, Defendants will suffer irreparable harm, because it will be impossible for the