UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED

98 OCT 30 PM 2: 24

U.S. DISTRICT COURT
N.D. OF ALABAMA

SOUTHERN NATURAL GAS
COMPANY,

  Plaintiff,

  vs.

LAND, CULLMAN COUNTY, et
al.,

  Defendants.

)
)
)
)
)
)
)
)
)

CV 97-L-1728-S
CV 97-L-2361-S
CV 97-L-2922-S

ENTERED

OCT 3 0 1998

## ORDER

  The court has reserved the following dates in November: 16th, 17th, 19th, 20th, 23rd, 24th, 25th, and 30th, for hearings on objections to the Special Masters' reports of their recommended awards of just compensation to the taking of easements on their lands. **Please advise the court by noon on the 12th of November, 1998, which date the parties have agreed upon.**

  The court has previously held as to the taking of such easements by Southern Natural Gas Company under principles of eminent domain. Now all that remains is to consider the award of just compensation due to the property owners for the taking.

  An official court reporter will be available. The attorneys for the objectors, Maynard Cooper & Gale, will open and close the hearing. The property owners will be represented by their attorneys of record. We will follow the procedure outlined

21

in F.R.C.P. 53(e)(2).

DONE this 30th day of October 1998.

_____
SENIOR JUDGE