IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

FILED
89 DEC -8 PM 3:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

'DEC 0 8 1998

SOUTHERN NATURAL GAS                    )
COMPANY,                                )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    CIVIL ACTION NO.
                                        )    CV-97-L-1728-S
2.0 ACRES OF LAND                       )
LOCATED IN CULLMAN COUNTY,              )
ALABAMA; MACK RICE and                  )
CALLIE MAE RICE                         )
                                        )

RE: Cullman Parcel No. 15

### JUDGMENT UPON REPORT OF COMMISSION

The above case was referred to a Commission appointed by the court for findings of value of or damage to the owners of the land. The Commission has duly filed its report regarding just compensation for the taking of the above-referenced land, and the court has reviewed said report and has duly heard the objections filed. In accordance with the Memorandum Opinion entered contemporaneously, it is Hereby Ordered, Adjudged and Decreed as follows:

1.    The just compensation to be awarded to Mack Rice and Callie Mae Rice, the owners of the land described in Complaint Exhibit A, accordance with the findings of this court is $ 4,980.00 .

2.    The easement as described in Exhibit A and in accordance with the request contained in the complaint for condemnation is vested in the Southern Natural Gas Company as of this date.

3.    No other person, real or artificial, is entitled to just compensation for the taking, by the Plaintiff, of the easement described in Exhibit A.

4.    Pursuant to Fed.R.App.P. 4(a)(1) any notice of appeal in this matter must be filed with the clerk within 30 days after the entry of the Judgment. Appellant must file a bond in accordance with Fed.R.App.P.7.

Dated:_____12/7/98_____

_____
Senior Judge

25

459038